# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# WICHITA FALLS DIVISION

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF INDIANA, § § § | |
| Plaintiff, § § | |
| v. § | Civil Action No. 7:24-cv-00051-O |
| § | |
| BRUCE ALLEN HANSON, *et al.*, § § § | |
| Defendants. § | |

## FINAL JUDGMENT

This Judgment is issued pursuant to Fed. R. Civ. P. 58(a).

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered.

It is **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. Plaintiff's Motion for Default Judgment (ECF No. 18) is **GRANTED**.

2. Safeco Insurance Company of Indiana has no duty to defend or indemnify Bruce Allen Hanson in connection with the case pending in the 89th District Court, Wichita County, Texas, styled *Christine M. Wise, individually, and as Representative of the Estate of Vickie A. Hanson, Deceased, and Joshua Lodes, Individually, v. Bruce Allen Hanson*; Cause No. DC89-CV2023-1949.

3. The clerk shall transmit a true copy of this Judgment, together with a true copy of the Order accepting the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, to the parties.

**SO ORDERED** on this **26th day** of **December, 2024**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE