IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| SAFECO INSURANCE COMPANY OF INDIANA, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 7:24-cv-00051-O |
| BRUCE ALLEN HANSON, *et al.*, | § § § | |
| Defendants. | § | |

## FINAL JUDGMENT

This Judgment is issued pursuant to Fed. R. Civ. P. 58(a).

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered,

It is **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. Plaintiff's Motion for Summary Judgment (ECF No. 33) is **GRANTED**.

2. Safeco Insurance Company of Indiana has no duty to pay any judgment obtained by Defendant Christine Wise or Defendant Joshua Lodes against Bruce Hanson in connection with the case pending in the 89th District Court, Wichita County, Texas, styled *Christine M. Wise, individually, and as Representative of the Estate of Vickie A. Hanson, Deceased, and Joshua Lodes, Individually, v. Bruce Allen Hanson*; Cause No. DC89-CV2023-1949.

3. The taxable costs of court, as calculated by the clerk of court, shall be borne by the Defendants.

4. The clerk shall transmit a true copy of this Judgment, together with a true copy of the Order accepting the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, to the parties.

**SO ORDERED** on this **30th day** of **April, 2025**.

_Reed O'Connor_
**UNITED STATES DISTRICT JUDGE**